1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile:  (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.
11

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION

14 | EUGENIA RUANE-GONZALES,              ) **CASE NO. 4:11-CV-04500-LB**
   | Individually and on Behalf of All Others )
15 | Similarly Situated,                   )
   |                                       ) **SPECIALLY APPEARING DEFENDANT**
16 |              Plaintiff,               ) **HARPERCOLLINS PUBLISHERS**
   |                                       ) **L.L.C.'S CERTIFICATE OF**
17 |         vs.                           ) **INTERESTED PERSONS**
   |                                       )
18 | APPLE INC.; HACHETTE BOOK GROUP,      ) [CIVIL LOCAL RULE 3-16]
   | INC.; HARPERCOLLINS PUBLISHERS,       )
19 | INC.; MACMILLAN PUBLISHERS, INC.;     )
   | PENGUIN GROUP (USA) INC.; and SIMON   )
20 | & SCHUSTER, INC.,                     )
   |                                       )
21 |              Defendants,              )
   |                                       )
22 |                                       )
   |                                       )
23 |                                       )
   |                                       )
24 |                                       )
   |                                       )
25 |                                       )
   |                                       )
26 |                                       )

27

28

**CERTIFICATE OF INTERESTED PARTIES**                                          **CASE NO. 4:11-CV-04500-LB**

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  News Corporation.

DATED:  October 3, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.