# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
Oakland, CA 94612
Phone: 510-637-3525



RICHARD W. WIEKING
CLERK OF COURT

October 4, 2011

Harry Shulman
Shulman Law
44 Montgomery St., Suite 3830
San Francisco, CA 94104

Raoul Dion Kennedy
Skadden Arps Slate Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301

Re: Eugenia Ruane-Gonzales v. Apple, Inc., et al.
C 11-4500 LB

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **October 17, 2011.** These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

*Lashanda Scott*
By: Lashanda Scott
Deputy Clerk

Attachments

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugenia Ruane-Gonzales, | No. C 11-4500 LB |
| Plaintiff(s), | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| Apple, Inc., et al., | |
| Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                         Signature

                                         Counsel for _____
                                         (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugenia Ruane-Gonzales,<br><br>       Plaintiff(s),<br><br>  v.<br><br>Apple, Inc., et al.,<br><br>       Defendant(s).<br>_____ / | No. C 11-4500 LB<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____        _____
                                                      Signature

                                                    Counsel for _____
                                                    (Name or party or indicate "pro se")